**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00311-CR
No. 05-13-00313-CR

**JAMES WESTBROOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F12-24087-I, F12-59894-I**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on August 5, 2013 filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE